12 A.3d 290

Tyree LAWSON, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 151 EM 2010.

Supreme Court of Pennsylvania.

Jan. 14, 2011.

## ORDER

PER CURIAM.

AND NOW, this 14th day of January, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**